# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2012

144168

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CAMILO ACOSTA,
     Defendant-Appellant.

SC: 144168
COA: 302288
Oakland CC: 2007-216103-FH

_____/

On order of the Court, the application for leave to appeal the October 5, 2011 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Chaidez v United States*, cert gtd ___ US ___; 132 S Ct 2101; ___ L Ed 2d ___ (2012), is pending before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2012

_____
Clerk

h0703